IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JONATHAN E. QUINLIN,

    Petitioner,

v.                                                  CASE NO. 5:11-cv-00333-MP-CJK

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 10, 2013. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (doc. 1), challenging the revocation of petitioner's probation in *State of Florida v. Jonathan Edgar Quinlin* in the Circuit Court for Jackson County, Florida, Case No. 06-541 is DENIED, and the Clerk is directed to close the file.

3. A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this   *18th* day of June, 2013

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge